GEORGE S. CARDONA
Acting United States Attorney
WAYNE R. GROSS
Assistant United States Attorney
Chief, Santa Ana Branch
CAROLE J. BUCKNER (Cal. Bar No. 116267)
Special Assistant United States Attorney
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3534
     Facsimile: (714) 338-3708
     Email: Carole.J.Buckner@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA CR SACR 07- 205 |
| Plaintiff, | |
| v. | I N F O R M A T I O N |
| JEFFREY GOODWIN, | [18 U.S.C. § 1701: Obstruction of Mails Generally] |
| Defendant. | Class B Misdemeanor |

The United States Attorney charges:

[18 U.S.C. § 1701]

From December of 2006 through June 1, 2007, in Orange County, within the Central District of California, defendant JEFFREY GOODWIN, an employee of the United States Postal Service, knowingly and willfully obstructed the passage of mail by obstructing and delaying for several months the delivery of 809

///

///

CJB:cjb

pieces of standard and first class mail which had come into defendant's possession intended to be conveyed by the United States mail.

GEORGE S. CARDONA
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

WAYNE R. GROSS
Assistant United States Attorney
Chief, Santa Ana Branch Office